IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

      Plaintiff,                        No. CIV S-10-1393 EFB P

    vs.

B. HEDRICK, et al.,

      Defendants.             ORDER

                             /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Although filed on a form for a petition for writ of habeas corpus, plaintiff alleges his civil rights have been violated as a result of his conditions of confinement at Salinas Valley State Prison.

       A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1    Here, most defendants are located in and the claims arose in Monterey County,
2 California, which is in the Northen District of California. 28 U.S.C. § 84(a).  Therefore, in the
3 interest of justice, this action is transferred to the United States District Court for the Northern
4 District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
5 Cir. 1974).
6    So ordered.
7 Dated:  June 21, 2010.
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

2